# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

*Defendant*

MAGISTRATE JUDGE: _____

CASE NO. _____

DATE OF PROCEEDINGS: _____

DATE OF ARREST: _____

**PROCEEDINGS:** _____

- COMPLAINT
- ADVISED OF RIGHTS
- WAIVER OF COUNSEL
- APPT. OF COUNSEL: _____ AFPD _____ CJA
- WAIVER OF HRG: _____ ID _____ REMOVAL
- CONSENT TO MAGISTRATE'S JURISDICTION
- PLEA ENTERED: _____ GUILTY _____ NOT GUILTY
- PLEA AGREEMENT
- RULE 11 FORM
- FINANCIAL AFFIDAVIT EXECUTED
- OTHER: Deft's consent to appear via videoconferencing placed on the record.
  Penalties placed on record
  Brady Order read into record and filed.

- TEMPORARY COMMITMENT
- CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- BAIL SET: 50,000.00
  - UNSECURED BOND
  - SURETY BOND SECURED BY CASH/PROPERTY
- TRAVEL RESTRICTED nj and Wash. DE for counsel & court
- REPORT TO PRETRIAL SERVICES
- DRUG TESTING AND/OR TREATMENT
- MENTAL HEALTH TESTING AND/OR TREATMENT
- SURRENDER AND/OR OBTAIN NO PASSPORT
- SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- PRELIMINARY/REMOVAL HRG.
- DETENTION/BAIL HRG.
- TRIAL: _____ COURT _____ JURY
- SENTENCING
- OTHER: I/A in Wash., DC

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____
1 p.m. via Zoom

**APPEARANCES:**

AUSA: _____

DEFT. COUNSEL: _____

PROBATION: _____

INTERPRETER _____
    Language:

TIME COMMENCED: 2:40
TIME TERMINATED: 2:55
CD NO: ECR/ZOOM

*SPC*
_____
DEPUTY CLERK